128 A.3d 691

IN THE MATTER OF MARIA J. RIVERO, AN ATTORNEY AT LAW (ATTORNEY NO. 027941992).

January 12, 2016.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARIA J. RIVERO** of **HARRISON,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of three months effective October 9, 2015, by Orders of this Court filed September 10, 2015

and October 15, 2015, be restored to the practice of law, effective immediately.